UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DANIEL OSSEI, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:09-cv-02025-WMN |
| DOLLAR TREE STORES, INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule 41, Daniel Ossei hereby dismisses his claims in this action with prejudice and without an award of attorney's fees or costs to either party.

CONSENTED AND AGREED TO:

_____
Thomas B. Corbin (Fed. Bar #26577)
Thomas B. Corbin, P.A.
201 North Charles Street
Suite 1106
Baltimore, MD 21201
(410) 685-0400

Attorney for Plaintiff

_____
Douglas M. Topolski (Fed. Bar #07844)
Elena D. Marcuss (Fed. Bar #25547)
McGuireWoods LLP
7 St. Paul Street, Suite 1000
Baltimore, MD 21202
(410) 659-4400

Attorneys for Defendant

\10285056.1